UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| ROBERT JAMES McCORMACK,<br><br>          Petitioner,<br><br>v.<br><br>TERESA BALDRIDGE,<br><br>          Respondent. | Case No. 1:10-CV-00289-EJL<br><br>**JUDGMENT** |

In accordance with the Order filed on this date, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this case is dismissed with prejudice. Additionally, this case is hereby ordered closed.

DATED:  **September 19, 2012**

Honorable Edward J. Lodge
U. S. District Judge

**JUDGMENT - 1**